FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAWRENCE LIGAMMARI, Case No.: 8:16 cv 610 T 33 TBM

Plaintiff,

v.

HABITAT FOR HUMANITY OF BAY COUNTY, FLORIDA, INC.
A Florida Not for Profit Corporation.,

Defendant.

______________________________/

**COMPLAINT**

COMES NOW, Plaintiff, **LAWRENCE LIGAMMARI** ("Mr. LIGAMMARI" also known as "Plaintiff") by and through his undersigned counsel, hereby sues **HABITAT FOR HUMANITY, A FLORIDA NOT FOR PROFIT CORPORATION** ("Defendant") for damages in excess of $ 75, 000 for violations of his civil rights occurring during his employment relationship with Defendant. The Plaintiff sues Defendant under Title VII of the Civil Rights Act of 1964 and 1991, as amended, 42 U.S.C. Section 2000e *et seq.* ("Title VII"), the Civil Rights Act of 1871, as amended, and the Florida Civil Rights Act of 1992, Section 760.01 *et seq.*, Florida Statutes ("FCRA").

**JURISDICTION AND VENUE**

1. This Court's jurisdiction is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337 and 1343. This action arises under 42 U.S.C. Sections 2000e *et seq.* and 42 U.S.C. This Court has supplemental jurisdiction over Plaintiff state law

claims pursuant to 28 U.S.C. Section 1367.

3. The Plaintiff resided in Pasco County, Florida.

4. The Defendant is doing business in Pasco County, Florida and located within this judicial district.

5. Defendant is a "person" within the meaning of 42 U.S.C. sec. 2000e(a) and an "employer" within the meaning of 42 U.S.C. Sec. 2000e(b).

6. The United States Equal Employment Opportunity Commission ("EEOC") received timely charges (Charge No. 511-2015-01984). The charges allege that Defendant discriminated against him on the basis of his Sex and Retailiation when he was subjected to sexual comments harassment by his coworkers and supervisors while employed by Defendant. Pursuant to Section 706 of Title VII, 42 U.S.C. sec. 2000e-5, the EEOC issued a right to sue Letter dated November 23, 2015. The Plaintiff filed this instant as result of the violations set forth in this instant complaint within the timeframe of the 90 days from receipt of this notice by certified mail from the EEOC.

7. The Plaintiff protected rights were violated.

## CLAIM FOR RELIEF

8. Plaintiff was employed as General Manager from 3/5/2013 until his wrongful termination on 1/2/2015.

9. Plaintiff began his employment as a General Manager in Defendant's Habitat For Humanity ReStore Zephyrhills Florida.

10. The Plaintiff direct supervisors was

Jere Fergusion.

11. Plaintiff is Gay.

12. Beginning on or around June 5, 2014, several of the Plaintiff coworkers including but not limited to Bonita H Key Holder, Richard L, Supervisors Guy R Manager Of Donation Habitat For Humanity ReStore regularly subjected the Plaintiff to harassing conduct including; mocking Plaintiff sexual orientation with statements of hostillity; and making false accusations against Plaintiff in an effort to get the Plaintiff terminated.

13. The Plaintiff complained to his immediate supervisors Jere Ferguson and Human Resource Department Trena J. However, John Harper, Jere Ferguson, Terena Jones failed to take any meaningful steps to correct the harassing behavior or discipline the harassers.

14. The Plaintiff made complaints and Defendant took no action to investigate his allegations. Instead, Retaliated against Plaintiff by assignments that the Plaintiff received after his complaints. Defendant's actions were insufficient and ineffective, and the harassment actually increased in frequency. Also, retaliated against him by termination after the EEOC was filed.

15. On or about June 2014, Plaintiff complained regarding Guy Robertson who made derogatory remarks in reference to Plaintiff. These derogatory remarks included but were not limited

Too names such as "Fucking Fag"; "Gay Lover"; and other derogatory terms.

16. Defendant has discriminated against the Plaintiff on his basis of sex, in violations Title VII , and FCRA by:

a) subjecting the Plaintiff to harassment during his employment with Defendant that adversely affected the terms, conditions, and privileges of employment; and

b) failing or refusing to take prompt remedial action to correct the effects of the discriminatory treatment.

17. All conditions precedent to filing of suit have been performed or have occurred.

## COUNT I

## DEFENDANT HAS VIOLATED TITLE VII

### (Hostile Work Environment)

18. Plaintiff adopts and realleges paragraphs 1-17 above as if incorporated herein

19. The aforementioned unwelcome harassment were sufficiently severe and pervasive to affect the terms and conditions of Plaintiff employment, and to create an intimidating, hostile, and offensive work environment in violation of Section 703(a) of Title VII, 42 U.S.C. Section 2000e-2(a).

20. The effect of the actions complained of as aforementioned has been to deprive the Plaintiff of equal employment opportunities, and otherwise to adversely affect his status as employees because of his sex.

21. The unlawful employment practices complained of were intentional.

22. The unlawful employment practices against the Plaintiff, were done with malice or reckless indifference to the Plaintiff's federally protected rights.

23. As a direct and proximate result of Defendant's unlawful employment practices, the Plaintiff were emotionally harmed, suffered, and will continue to suffer, a loss of wages and other employment benefits, a loss of earning capacity, damages to their professional reputation, a loss of dignity, a loss of the enjoyment of life, embarrassment, humiliation, and other forms of mental anguish and distress.

Wherefore, Plaintiff requests this Court issue an order against Defendant awarding the Plaintiff Award compensatory damages and Punitive Damages to fully compensate him for the pain, suffering, and physical ailments caused by Defendant's discriminatory conduct, pursuant to and within statutory limitations of Title VII hostile environment, attorney's fees and costs, together with such other relief as this Court deems just and proper.

## COUNT II

## DEFENDANT HAS VIOLATED THE FLORIDA CIVIL RIGHTS ACT (Disparate Treatment) Chapter 760 of Florida Statutes

24. Plaintiff adopts and realleges paragraphs 1-17 above as if incorporated herein.

25. Plaintiff is a member of a protected class because of his sex.

26. Defendants are employers that employs over 50 people, and is subject to FCRA, Section 760.10, Florida Statutes, Chapter 760 states:

**It is against the law to discriminate in employment on the basis of race, color, religion, sex, national origin, age, handicap or marital status.**

27. Plaintiff a member of a protected class because of his sex. The Defendants are an employer that employs over 50 people, and is subject to Chapter 760 of the Florida Statutes. That Defendant violated the terms under the Chapter 760 of The Florida Statutes.

28. That the Plaintiff suffered sexual harassment and sex discrimination and was subjected to a hostile work environment as described in paragraphs 1-17.

29. The Defendants intentionally discriminated against Plaintiff.

30 . The effect of the actions complained of as aforementioned has been to deprive the Plaintiff of equal employment opportunities, and otherwise to adversely affect his status as employee.

31. The unlawful employment practices complained of were intentional.

32 .The unlawful employment practices against the Plaintiff was done with malice or reckless indifference to the Plaintiff's State protected rights.

33. As a direct and proximate result of Defendant's unlawful employment practices, the Plaintiff was emotionally harmed, suffered, and will continue to suffer, a loss of wages and other employment benefits, a loss of earning capacity, damages to her professional reputation, a loss of dignity, a loss of the enjoyment of life, embarrassment, humiliation, and other forms of mental anguish and distress.

Wherefore, Plaintiff requests this Court issue an order against Defendant awarding the Plaintiff compensatory damages, lost back pay, front pay, award employment retirement package, punitive damages, attorney's fees and costs, together with such other relief as this Court deems just and proper.

**DEMAND FOR A JURY TRIAL**

Pursuant

To Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. sec. 1981a.

Dated March 9, 2016

Respectfully submitted,

**VERIFICATION CLAUSE**

I, LAWRENCE LIGAMMARI verify that the above is true and correct under perjury.

/s/ Lawrence Ligammari

______________________________

Romano Law Center, P.A.
Attorney for Plaintiff
2255 Glades Road., Suite 324A
Boca Raton, Florida 33431
(954) 254-6430 /(561) 271-1769

By: *s/Jay F. Romano*
Trial Counsel
Jay F. Romano
Florida Bar No.: 0934097

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished with the Clerk of Court of the Middle District this 9th day of March, 2016.

*s/ Jay F. Romano*
Jay F. Romano