**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAWRENCE LIGAMMARI,

Plaintiff, CASE NO.: 8:16-cv-610

v.

HABITAT FOR HUMANITY OF
EAST & CENTRAL PASCO COUNTY,

Defendant.
________________________________/

# NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08(a), the parties hereby notify the Court that they have reached an agreement to resolve all claims in the above-referenced matter. The parties are finalizing that resolution and anticipate filing a Joint Motion for Dismissal with Prejudice within the next thirty (30) days. The parties request that the Court stay any pending deadlines since this matter has been resolved.

Dated this 4th day of May, 2016.

Respectfully submitted,

/s/ David M. Kalteux
Todd S. Aidman
Florida Bar No. 173029
taidman@fordharrison.com
David M. Kalteux
Florida Bar No. 118746
dkalteux@fordharrison.com
FORDHARRISON LLP
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2016, the foregoing Notice of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to:

Jay F. Romano
Romano Law Center, P.A.
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431

/s/ David M. Kalteux
Attorney

WSACTIVELLP:8386719.1